**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03204-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JEFFERY DAVID KING,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

    Applicant Jeffery David King is in the custody of the Colorado Department of Corrections and currently is incarcerated at the detained at the Arrowhead Correctional Center in Cañon City, Colorado.  Applicant initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   _X_   is not submitted
(2)   ___   is not on proper form (must use the Court's current form)
(3)   ___   is missing original signature by Applicant
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   _X_   other: In the alternative Applicant may pay the $5 filing fee.

**Complaint or Petition**:
(9)    ___   is not submitted
(10)   ___   is not on proper form (must use the Court's current form)
(11)   ___   is missing an original signature by the Applicant
(12)   ___   is incomplete
(13)   ___   uses et al. instead of listing all parties in caption
(14)   ___   names in caption do not match names in text of Complaint
(15)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   ___   other:.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing a 28 U.S.C. § 1915 motion and affidavit used when requesting leave to proceed *in forma pauperis* in filing a habeas action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 4, 2014, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge